IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CB3004 |
| vs. | VIOLATION NOTICE: 1752967 |
| ANDREW WIEGAND, | ORDER |
| Defendant. | |

Upon motion of the government, this matter shall be continued to June 2, 2016 at 8:30 a.m.

IT IS SO ORDERED this 27th day of April, 2016.

_____
CHERYL R. ZWART
United States Magistrate Judge